# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1026
_____

DARIN WAYNE MONKS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Seeking Belated Appeal—Original Proceeding.

October 29, 2025

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(c)(4)(F).

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Rebekah Robinson and Tatiana Teate, Assistant Public Defenders, Pensacola, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.